IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1483-MN |
| | ) |
| GHOST ROBOTICS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to amend or supplement the pleadings is extended through and including October 5, 2023.

| | |
|---|---|
| */s/ Brian P. Egan* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (No. 1014) | Karen E. Keller (No. 4489) |
| Brian P. Egan (No. 6227) | Andrew E. Russell (No. 5382) |
| MORRIS, NICHOLS, ARSHT | Nathan R. Hoeschen (No. 6232) |
| & TUNNELL LLP | Emily S. DiBenedetto (No. 6779) |
| 1201 North Market Street | SHAW KELLER LLP |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 298-0700 |
| began@morrisnichols.com | kkeller@shawkeller.com |
| *Attorneys for Plaintiff* | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | edibenedetto@shawkeller.com |
| Dated: October 4, 2023 | *Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge