IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1483 (MN) |
| | ) |
| GHOST ROBOTICS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Proposed Claim Constructions* were caused to be served on December 19, 2023, upon the following in the manner indicated:

Karen E. Keller, Esquire                                            VIA ELECTRONIC MAIL
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendant*

Frank A. DeCosta, III, Esquire                                   VIA ELECTRONIC MAIL
Elizabeth A. Niemeyer, Esquire
Kelly S. Horn, Esquire
Mingji Jin, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
*Attorneys for Defendant*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Steven C. Cherny | 1201 North Market Street |
| QUINN EMANUEL URQUHART | P.O. Box 1347 |
|   & SULLIVAN, LLP | Wilmington, DE 19899 |
| 51 Madison Avenue, 22nd Floor | (302) 658-9200 |
| New York, NY 10010 | jblumenfeld@morrisnichols.com |
| (212) 849-7000 | began@morrisnichols.com |
| | |
| Deepa Acharya | *Attorneys for Plaintiff* |
| QUINN EMANUEL URQUHART | |
|   & SULLIVAN, LLP | |
| 1300 I Street, NW, Suite 900 | |
| Washington, DC 20005 | |
| (202) 538-8000 | |
| | |
| December 19, 2023 | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 19, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Frank A. DeCosta, III, Esquire<br>Elizabeth A. Niemeyer, Esquire<br>Kelly S. Horn, Esquire<br>Mingji Jin, Esquire<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

Brian P. Egan (#6227)