IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GHOST ROBOTICS CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 22-1483 (MN) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's Scheduling Order (D.I. 22), Plaintiff Boston Dynamics, Inc. ("Boston Dynamics") and Defendant Ghost Robotics Corporation ("Ghost Robotics") hereby file this Joint Claim Construction Chart, attached hereto as Exhibit 1. The Joint Claim Construction Chart includes each party's proposed construction of the disputed claim terms, phrases, or clauses from the Asserted Patents, along with citation to intrinsic evidence in support of their respective proposed clam constructions.[1]

---

[1] **Boston Dynamics' Statement**: Boston Dynamics seeks to construe only 5 terms for construction across seven patents, while Ghost Robotics seeks to construe 19 terms. Boston Dynamics has repeatedly asked Ghost Robotics to narrow its terms so that the parties can get closer to the 10 term limit that this Court generally imposes on claim construction briefing. This case does not present any unique issues that would govern briefing more than 10 terms in this case. While the parties met and conferred and Boston Dynamics offered multiple proposals for narrowing the disputes, Ghost Robotics has not responded to those proposals and has since only dropped one term from its list of terms for construction.

**Ghost Robotics's Statement:** The parties will comply with the Court's procedures and brief no more than 10 terms during claim construction (*see* D.I. 81 at 5). Ghost Robotics proposes each side select 5 terms for construction before briefing. Boston Dynamics asserts 110 claims across 7 different patents, and has thus far refused to narrow the case. The number of terms identified by Ghost Robotics is modest relative to the number of asserted claims and issues, and Ghost Robotics has identified multiple terms in the asserted claims that are indefinite. Ghost Robotics maintains reducing the number of asserted claims before claim construction will help ensure the most relevant claims are fully briefed and addressed by the parties and avoid to later unnecessary disputes under *O2 Micro*.

The parties reserve their rights to amend and/or supplement their positions in this Joint Claim Construction Chart with additional intrinsic evidence in their claim construction briefs to rebut positions taken by the other party and to cite to intrinsic evidence identified by the other party. The parties further reserve the right to cite patents or other prior art cited during prosecution of the Asserted Patents in support of their proposed claim constructions. Additionally, the parties reserve their rights to assert that their proposed claim constructions are supported by the plain and ordinary meaning of the terms and to introduce extrinsic evidence to the extent the Court permits such evidence.

The parties will attach copies of the Asserted Patents and portions of the intrinsic record as exhibits to their Joint Claim Construction Brief as described in Paragraph 11 of the Scheduling Order (D.I. 22).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Brian P. Egan* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Brian P. Egan (#6227) | Andrew E. Russell (#5382) |
| 1201 North Market Street | Nathan R. Hoeschen (#6232) |
| P.O. Box 1347 | Emily S. DiBenedetto (#6779) |
| Wilmington, DE 19899 | I.M. Pei Building |
| (302) 658-9200 | 1105 North Market Street, 12th Floor |
| jblumenfeld@morrisnichols.com | Wilmington, DE 19801 |
| began@morrisnichols.com | (302) 298-0700 |
| | kkeller@shawkeller.com |
| *Attorneys for Plaintiff* | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | edibenedetto@shawkeller.com |
| | *Attorneys for Defendant* |

January 5, 2024

## JOINT CLAIM CONSTRUCTION CHART

A. DISPUTED TERMS, CLAUSES, OR PHRASES

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "detecting" ('588 patent, cls. 1-2, 7-9, 12-13, 15, 17, 20) | "determining the existence of" | '588 patent at Abs., 1:37-44; 1:45-54; 1:55-64; 3:16-22; 3:23-34; 3:35-51; 4:9-22; 4:23-31; 4:32-42; 10:62-11:3; 11:42-60; 15:17-23; 15:36-57; 16:10-20:17; 20:18-24:67; 27:9-18; 27:29-50; 28:39-52; 30:54-31:3; Fig. 12; Fig. 13; Fig. 15.<br><br>'588 file history at Aug. 19, 2015 Office Action; Nov. 17, 2015 Applicant-Initiated Interview Summary; Nov. 19, 2015 Amendments to Claims; Nov. 19, 2015 Applicant Remarks and Request for Reconsideration. | Plain and Ordinary Meaning | '588 patent at 1:37-44; 3:16-22; 10:62-11:3; 17:21-30; 18:48-60; 23:9-19; 27:1-64; 28:27-52; 29:1-33; 30:54-31:3; FIG. 12.<br><br>'588 patent prosecution history. |

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 2. | "swing state"<br><br>('588 patent, cls. 1, 12, 13, 17, 20) | No construction necessary | '588 patent at claims 13, 20; 1:39-40; 1:47-48; Fig. 12; Fig 13; Fig. 15; 2:49-58; 5:10-13; 16:31-33; 16:52-53; 27:19-37; 27:58-64; 30:10-19; 31:36-52; 32:29-38.<br><br>'588 file history at Aug. 19, 2015 Office Action; Nov. 17, 2015 Applicant-Initiated Interview Summary; Nov. 19, 2015 Amendments to Claims; Nov. 19, 2015 Applicant Remarks and Request for Reconsideration. | "a part of a leg's motion in which a foot is not in contact with the ground, is swinging, and has not yet begun to step down" | '588 patent at claims 1, 12, and 17; FIG. 11; 2:49-50; 25:25-47; 26:21-34; 26:50-27:6; 13:57-60; 16:23-34;16:52-53; 18:61-19:5; 19:25-45; 24:4-20; 25:3-25; 27:19-50; 27:58-64; 29:22-33.<br><br>'588 patent prosecution history (e.g., November 19, 2015 Response and Interview Summary). |

2

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 3. | "step down state" ('588 patent, cls. 1, 8, 9) | No construction necessary | '588 patent at claims 1, 8, 9; Abs.; 26:21-23; 26:28-34; 26:35-62<br><br>'588 file history at Aug. 19, 2015 Office Action; Nov. 17, 2015 Applicant-Initiated Interview Summary; Nov. 19, 2015 Amendments to Claims; Nov. 19, 2015 Applicant Remarks and Request for Reconsideration | "a part of a leg's motion in which a foot is not in contact with the ground, has finished swinging, and is moving towards the ground" | '588 patent at claims 1, 12, and 17; FIG. 11; col. 2, l. 49–50, 25:25-47; 26:21-34; 26:50-27:6; 13:57-60; 16:23-34; 16:52-53; 18:61-19:5; 19:25-45; 24:4-20; 25:3-25; 27:19-50; 27:58-64; 29:22-33.<br><br>'588 patent prosecution history (e.g., November 19, 2015 Response and Interview Summary). |

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 4. | "stance state" ('588 patent, cls. 6, 12, 17, 20) | No construction necessary | '588 patent at Cls. 6, 20; Fig. 13; 4:44-49; 25:7-11; 25:38-41; 25:55-58; 26:35-49; 26:50-61; 29:57-67; 31:36-45<br><br>'588 file history at Aug. 19, 2015 Office Action; Nov. 17, 2015 Applicant-Initiated Interview Summary; Nov. 19, 2015 Amendments to Claims; Nov. 19, 2015 Applicant Remarks and Request for Reconsideration. | "a part of a leg's motion in which a foot is in contact with the ground" | '588 patent at claims 1, 12, and 17; FIG. 11; 2:49-50; 25:25-47; 26:21-34; 26:50-27:6; 13:57-60; 16:23-34; 16:52-53; 18:61-19:5; 19:25-45; 24:4-20; 25:3-25; 27:19-50; 27:58-64; 29:22-33.<br><br>'588 patent prosecution history (e.g., November 19, 2015 Response and Interview Summary). |

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 5. | "a target swing trajectory for a first foot of the robot during a step, and wherein the target swing trajectory during the step comprises a beginning at a first time, and an end at a second time"<br><br>('588 patent, cl. 1) | No construction necessary | '588 patent at Figs 12, 13; Abs.; 1:37-54; 5:1-19; 29:34-38; 29:47-56; 30:20-53; 31:46-52<br><br>'588 file history at Aug. 19, 2015 Office Action; Nov. 17, 2015 Applicant-Initiated Interview Summary; Nov. 19, 2015 Amendments to Claims; Nov. 19, 2015 Applicant Remarks and Request for Reconsideration. | "a planned path, starting at a beginning time and ending at a second time, through a forward swing for the first foot before the first foot has begun to step down" | '588 patent at claim 1, 12, and 17; FIG. 11; 2:49-50; 25:25-47; 26:21-34; 26:50-27:6; 13:57-60; 16:23-34; 16:52-53; 18:61-19:5; 19:25-45; 24:4-20; 25:3-25; 27:19-50; 27:58-64; 29:22-33.<br><br>'588 patent prosecution history (e.g., November 19, 2015 Response and Interview Summary). |

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 6. | "wherein the robot comprises a first leg and a second leg, the first leg comprising the first foot, and wherein the detected disturbance is an indication that the target swing trajectory of the first foot of the robot is within a threshold distance of the second leg of the robot"<br><br>('588 patent, cl. 10) | No construction necessary | '588 patent at 27:38-50<br><br>'588 file history at Aug. 19, 2015 Office Action; Nov. 17, 2015 Applicant-Initiated Interview Summary; Nov. 19, 2015 Amendments to Claims; Nov. 19, 2015 Applicant Remarks and Request for Reconsideration. | Indefinite | '588 patent at claim 10; FIG. 7; 16:10-20:17; 27:38-51.<br><br>'588 patent prosecution history. |

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 7. | "detecting an indication that the third leg of the robot contacted the ground surface"<br><br>('588 patent, cl. 13) | "the third leg" should be interpreted to mean "a third leg" | '588 patent at 1:45-54; 1:55-64; 19: 25-55; 31:22-27<br><br>'588 file history at Aug. 19, 2015 Office Action; Nov. 17, 2015 Applicant-Initiated Interview Summary; Nov. 19, 2015 Amendments to Claims; Nov. 19, 2015 Applicant Remarks and Request for Reconsideration. | Indefinite | '588 patent at 19:25-55; 30:1-53.<br><br>'588 patent prosecution history |
| 8. | "wherein reducing the ground reaction force on the second foot in contact with the ground surface comprises lowering the body of the robot on the second foot with respect to the ground"<br><br>('588 patent, cls. 18-20) | No construction necessary | '588 patent at 26:35-49; 32:6-38<br><br>'588 file history at Aug. 19, 2015 Office Action; Nov. 17, 2015 Applicant-Initiated Interview Summary; Nov. 19, 2015 Amendments to Claims; Nov. 19, 2015 Applicant Remarks and Request for Reconsideration. | Indefinite | '588 patent at 3:35-51; 26:35-49; 32:6-38.<br><br>'588 patent prosecution history |

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 9. | "based on the detected indication, causing the first foot to enter the stance state and causing the second foot to enter the swing state" ('588 patent, cl. 20) | No construction necessary | '588 patent at 1:37-54; 29: 57-67; 30:1-9; 30:48-53<br><br>'588 file history at Aug. 19, 2015 Office Action; Nov. 17, 2015 Applicant-Initiated Interview Summary; Nov. 19, 2015 Amendments to Claims; Nov. 19, 2015 Applicant Remarks and Request for Reconsideration. | Indefinite | '588 patent at 25:16-24.<br><br>'588 patent prosecution history. |
| 10. | "identifying an obstacle while traversing the staircase based on the received sensor data from the vision system" ('842 patent, cls. 1, 8) | No construction necessary | '842 patent at 3:52-4:10; 8:63-9:12; 10:50-1:12; 12:12-28; 18:6-28; 21:53-22:28; 28:46-61<br><br>'842 file history at March 18, 2021 Examiner-Initiated Interview Summary; March 25, 2021 Examiner's Amendment; Mar. 25, 2021 Notice of Allowance. | "recognizing from the received sensor data an object on the stairs that blocks the robot's path" | '842 patent at 10:64-11:3; 11:13-23; 11:60-12:11; 12:29-63; 26:1-25; 26:50-27:25; 27:37-54; 28:46-61; FIGs. 2A-2U, 3A-3E, 4, 5.<br><br>'842 patent prosecution history. |

8

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 11. | "receiving image data from a vision system of the robot, the image data depicting that the robot is proximate to a staircase"<br><br>('842 patent, cls. 1, 8) | No construction necessary | '842 patent at Fig. 4; Abs.; 1:40-58; 3:36-37; 29:44-62; 18:52-19:2<br><br>'842 file history at March 18, 2021 Examiner-Initiated Interview Summary; Examiner's Search Strategy and Results dated March 25, 2021; March 25, 2021 Examiner's Amendment; Mar. 25, 2021 Notice of Allowance. | Indefinite | '842 patent at 17:27-40.<br><br>'842 patent prosecution history. |
| 12. | "the constrained speed of travel for the robot is a function of a slope of the staircase"<br><br>('842 patent, cls. 4, 11) | No construction necessary | '842 patent at 28:32-45<br><br>'842 file history at March 18, 2021 Examiner-Initiated Interview Summary; March 25, 2021 Examiner's Amendment; '842 file history at March 25, 2021 Notice of Allowance. | Indefinite | '842 patent at 28:32-45.<br><br>'842 patent prosecution history. |

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 13. | "bearing carrier" ('855 patent, claim 5; '368 patent, claim 2) | a housing for a bearing configured to allow the screw shaft to rotate freely | '855 patent at 11:57-12:2, 12:42-57, Fig. 4B, claims 6-7<br><br>'368 patent at 11:64-12:9, 12:49-64, Fig. 4B, claims 3-4 | "bearing housing" | '855 patent at 11:57-12:2; 12:42-57; FIG. 4B; claims 6-7.<br><br>'855 patent prosecution history.<br>'368 patent prosecution history. |

10

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 14. | "a linkage coupled to the carrier, wherein the linkage is coupled to the lower leg member at the knee joint; and a foot member coupled to the lower leg member, wherein the upper leg member is coupled to the lower leg member at a knee pivot at the knee joint, wherein the linkage is coupled to the lower leg member at a linkage joint disposed between the knee pivot and the foot member such that as the robot rests on a surface via the foot member, the screw shaft is subjected to a compressive force"<br><br>('855 patent, claim 1) | No construction necessary | '855 patent at Abstract, 1:19-37, 9:51-10:24, 11:1-22, 11:23-32, 14:65-15:7, 15:8-30, 17:21-31, Figs. 4A, 7, 8, claims 2-3, 5, 8, 9, 11, 13.<br><br>'855 file history at Sept. 19, 2018 Non-final Office Action; Oct. 18, 2018 Resp. to Office Action. | Indefinite | '855 patent at 1:19-37; 9:51-10:24; 11:1-22; 15:8-30; 17:21-31; FIG. 4A.<br><br>'855 patent prosecution history. |

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 15. | "stable position" / "unstable position"<br><br>('648 patent, cls. 1, 3, 10, 11, 13, 17-18; '791 patent, cls. 1-3, 10, 11-14, 16-18) | "position in which the legged robotic device is [able/unable] to maintain a stance" | '648 patent specification at Abstract, FIG 2, FIG 3B, FIG 3D, 3:22-56, 4:25-54, 6:27-9:67; all claims.<br><br>'648 File History at July 29, 2015 Office Action; Oct. 14, 2015 Amendments and Response to Office Action.<br><br>'791 patent specification at Abstract, FIG 2, FIG 3B, FIG 3D, 3:32-65, 4:34-64, 6:37-10:17; all claims. | Plain and ordinary meaning | '648 patent at 3:22-56; 4:25-54; 6:27-9:67; FIGs. 2, 3A-3D.<br><br>'648 patent prosecution history.<br>'791 patent prosecution history. |

12

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 16. | "wherein a proximal end of the first leg is coupled to a first side of the legged robotic device" ('648 patent, claims 1, 11, 17) | No construction necessary; alternatively, "wherein a proximal end of the first leg is coupled to the first side of the legged robotic device" | '648 patent specification at FIG 3B, FIG 3C, FIG 3E, FIG 3F, FIG 3G, 1:28-2:54, 7:17-8:15, 8:44-9:43, all claims.<br><br>'648 File History at July 24, 2014 Original Application; July 29, 2015 Office Action; Oct. 14, 2015 Amendments and Response to Office Action. | Indefinite | '648 patent at 1:28-2:54; 6:27-62; 7:17-8:15; 8:34-9:55; FIGs. 3B-3G.<br><br>'648 patent prosecution history. |

13

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 17. | "wherein the third action further comprises extending the distal end of the first leg of the legged robotic away from the body of the legged robotic device at substantially the same time as extending the distal end of the second leg"<br><br>('648 patent, claim 5; '791 patent, claim 5) | No construction necessary | '648 patent specification at FIG 2, FIGs 3A-G, 3:43-56, 6:11-26, 7:36-8:15, 8:55-9:67, all claims.<br><br>'791 patent specification at FIG 2, FIGs 3A-G, 3:52-65, 6:21-36, 6:61-7:19, 7:49-10:17, all claims. | Indefinite | '648 patent at 3:43-56; 6:11-26; 7:47-8:15; 8:55-9:67; FIGs. 2, 3A-3G.<br><br>'648 patent prosecution history.<br>'791 patent prosecution history. |
| 18. | "wherein the third action comprises moving the second leg away from the ground surface"<br><br>('648 patent, claims 6, 15) | No construction necessary; alternatively, "wherein the third action comprises moving a second leg away from the ground surface" | '648 patent specification at FIG 2, FIGs 3A-G, 3:43-56, 6:11-26, 7:36-8:15, 8:55-9:67, all claims. | Indefinite | '648 patent at claims 6, 15; 6:11-26; 7:17-35; 9:20-35; FIGs. 2, 3A-3G.<br><br>'648 patent prosecution history. |

14

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 19. | "wherein the bottom surface of the legged robotic device is shaped such that a gravitational potential energy of the legged robotic device is reduced based on the body of the legged robotic device being in the stable position"<br><br>('648 patent, claim 10; '791 patent, claim 10) | No construction necessary | '648 patent specification at FIGs 3A-G, FIG 4, 6:37-48, 7:17-35, 7:63-34, 8:44-54, 9:4-67, all claims.<br><br>'791 patent specification at FIGs 3A-G, FIG 4, 6:21-60, 7:20-48, 8:9-49, 8:59-9:3, 9:20-10:17, all claims. | Indefinite | '648 patent at 6:37-48; 7:17-8:34; 9:4-67; FIGs. 3A-3G, 4.<br><br>'648 patent prosecution history.<br>'791 patent prosecution history. |

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 20. | "third stance angle" and "fourth stance angle" / "the second stance pose defining a third stance angle between the body of the robot and an respective upper leg portion of the rear stance leg; and while traversing the one or more stairs, increasing the third stance angle between the body of the robot and the respective upper leg portion of the rear stance leg to a fourth stance angle by positioning the knee joint of the rear stance leg away from the body of the robot"<br><br>('869 patent, cls. 4, 14) | "third stance angle" means "second stance angle" and "fourth stance angle" means "third stance angle" | '869 patent at Figs. 1A, 2A, 3A-3I, 3K, 5:11-6:6, 9:12-12:61, 12:62-14:13, 14:14-42, 15:46-16:47, 17:8-29, 17:53-18:8, cls. 1-4, 11-14. | Indefinite | '869 patent at 5:59-6:6; FIGs. 1A, 2A, 3A-3K; claims 1-4, 11-14.<br><br>'869 patent prosecution history. |

16

| No. | Claim Term | Boston Dynamics' Proposed Construction | Boston Dynamics' Intrinsic Evidence | Ghost Robotics' Proposed Construction | Ghost Robotics' Intrinsic Evidence |
|---|---|---|---|---|---|
| 21. | "trip condition" ('869 patent, cls. 9, 19) | "an impact with an object in the swing leg's traversal path" | '869 patent at Fig. 3F; 2:41-58; 4:6-12; 5:7-10; 13:48-61; 15:46-16:3; 16:24-47. | Plain and ordinary meaning | '869 patent at 2:41-48; 4:6-12; 16:24-47. '869 patent prosecution history. |
| 22. | "when the surface-engaging end lifts-off from a respective tread of a corresponding stair, the lower leg portion of the leg rotates counter-clockwise about the knee joint towards the upper leg portion" ('869 patent, cls. 5, 15) | No construction necessary | '869 patent specification at Figs. 3A, 3B, 3F, 14:14-42, 16:24-47. | Indefinite | '869 patent at 5:11-6:6; 12:62-13:61; FIGs. 1A-1C; FIGs. 3A-3K. '869 patent prosecution history. |
| 23. | "touchdown step location" ('869 patent, cls. 8, 18) | No construction necessary | '869 patent specification at 2:29-40; 13:23-47; 14:57-15:5; 15:46-16:23. | "target location where leg touch down is planned" | '869 patent at 13:23-47; 14:57-15:5; 16:4-23. '869 patent prosecution history. |