IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1483 (MN) |
| | ) |
| GHOST ROBOTICS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER VACATING FINAL INFRINGEMENT CONTENTION
DEADLINE AND COMPELLING PARTIES TO MEET AND CONFER**

At Wilmington, this 26th day of January 2024;

IT IS HEREBY ORDERED that the January 25, 2024 deadline for Plaintiff to provide final infringement contentions and identification of accused products is vacated.

IT IS FURTHER ORDERED that the parties shall meet and confer IN PERSON in WILMINGTON, DELAWARE on or before January 30, 2024, on the remaining case schedule. On or before February 1, 2024, the parties shall submit a proposed schedule for extending certain case deadlines, including a new deadline for Plaintiff to provide final infringement contentions and identification of accused products, pursuant to the Court's directives provided during the January 2 and January 12, 2024 hearings. If the parties cannot agree upon a schedule, they shall appear IN COURT with their clients on February 2, 2024 at 11:00 a.m.

_____
The Honorable Maryellen Noreika
United States District Judge