IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON DYNAMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1483 (MN) |
| | ) | |
| GHOST ROBOTICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**

Pursuant to the Court's January 26, 2024 Order (D.I. 101), the parties in the above-captioned case have met and conferred and HEREBY STIPULATE, subject to the Court's approval, that the Scheduling Order (D.I. 22) shall be amended as follows:[1]

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Parties exchange updated claim constructions per the Court's directive at the 1/12/2024 Hearing | N/A | 1/31/2024 |
| Plaintiff to provide final infringement contentions and identification of accused products | 1/25/2024 | 2/14/2024 |
| Defendants to provide final invalidity contentions and identification of invalidity references | 2/15/2024 | 3/7/2024 |
| Plaintiff to provide final validity contentions and Defendant to provide final non-infringement contentions | 2/29/2024 | 3/21/2024 |

---

[1]   In light of the parties' stipulation to amend the schedule as set forth herein, a hearing on February 2, 2024 is not necessary to resolve the scheduling dispute raised in Plaintiff's Motion (D.I. 99).

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Fact discovery cutoff[2] | 3/13/2024 | 4/2/2024 |
| Opening expert reports due | 7/9/2024 | 4/30/2024 |
| Rebuttal expert reports due | 8/6/2024 | 6/4/2024 |
| Reply expert reports due | 8/27/2024 | 6/25/2024 |
| Expert discovery cutoff | 9/13/2024 | 7/9/2024[3] |
| Submit Revised Joint Claim Construction Chart | N/A | 7/16/2024 |
| Plaintiff's claim construction opening brief due (20 pages) | 3/28/2024 | 7/23/2024 |
| Defendant's claim construction answering brief due (30 pages) | 4/25/2024 | 8/6/2024 |
| Plaintiff's claim construction reply brief due (20 pages) | 5/9/2024 | 8/20/2024 |
| Defendant's claim construction surreply brief due (10 pages) | 5/23/2024 | 8/27/2024 |
| Joint claim construction brief due; joint letter re: live testimony and amount of time for the claim construction due; technology tutorial due | 5/30/2024 | 8/30/2024 |
| Markman hearing | 6/28/2024 | September __, 2024 [Proposed: 9/12/24] |

---

[2]      At the close of fact discovery, Plaintiff Boston Dynamics, Inc. agrees that it will inform Defendant Ghost Robotics Corporation of the asserted claims it will address in its opening expert reports.  This agreement does not preclude Plaintiff from further narrowing the asserted claims after opening expert reports.

[3]      The parties will confer on the scheduling of expert depositions and agree to accommodate expert depositions within a reasonable time after this deadline should any expert be unavailable for a deposition in advance of this deadline.  Further, the parties agree not to seek an extension of the trial date based on this Stipulation and the amended case deadlines set forth herein.

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Dispositive motions due and opening brief therefore; Daubert motions due and opening briefs therefore | 9/26/2024 | 10/3/2024 |
| Joint statement on mediation due | 12/7/2024 | 12/7/2024 |
| Jury instructions, voir dire, and special verdict forms due | 2/6/2025 | 2/6/2025 |
| Joint proposed pretrial order due | 2/6/2025 | 2/6/2025 |
| Pretrial conference, 4:30 pm, courtroom 4A | 2/13/2025 | 2/13/2025 |
| 5-day jury trial, 9:30 am, courtroom 4A | 2/24/2025 | 2/24/2025 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    SHAW KELLER LLP

*/s/ Brian P. Egan*    */s/ Andrew E. Russell*

Jack B. Blumenfeld (#1014)    Karen E. Keller (#4489)
Brian P. Egan (#6227)    Andrew E. Russell (#5382)
1201 North Market Street    Nathan R. Hoeschen (#6232)
P.O. Box 1347    Emily S. DiBenedetto (#6779)
Wilmington, DE  19899    I.M. Pei Building
(302) 658-9200    1105 North Market Street, 12th Floor
jblumenfeld@morrisnichols.com    Wilmington, DE  19801
began@morrisnichols.com    (302) 298-0700
    kkeller@shawkeller.com
*Attorneys for Plaintiff*    arussell@shawkeller.com
    nhoeschen@shawkeller.com
    edibenedetto@shawkeller.com

    *Attorneys for Defendant*

January 30, 2024


SO ORDERED this ____ day of January 2024.


_____
United States District Court Judge

3