IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1483-MN |
| | ) |
| GHOST ROBOTICS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 8, 2024, the following document was served on qe-bostondyn-v-ghostrobot@quinnemanuel.com and the persons listed below in the manner indicated:

1. Subpoena to Testify at a Deposition in a Civil Action directed to Marc Raibert

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jbbefiling@mnat.com
began@mnat.com

Steven C. Cherny
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stevencherny@quinnemanuel.com

Deepa Acharya
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
13001 I Street, NW, Suite 900
Washington, DC 20005
(202) 538-8000
deepaacharya@quinnemanuel.com

|  |  |
|---|---|
| | /s/ Karen E. Keller |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| | Emily S. DiBenedetto (No. 6779) |
| OF COUNSEL: | SHAW KELLER LLP |
| Frank A. DeCosta, III | I.M. Pei Building |
| Elizabeth A. Niemeyer | 1105 North Market Street, 12th Floor |
| Malcolm T. Meeks | Wilmington, DE 19801 |
| Kelly S. Horn | (302) 298-0700 |
| Mingji Jin | kkeller@shawkeller.com |
| Milan F. Feliciello | arussell@shawkeller.com |
| FINNEGAN, HENDERSON, FARABOW, | edibenedetto@shawkeller.com |
|  GARRETT & DUNNER, LLP | *Attorneys for Defendant* |
| 901 New York Avenue, NW | |
| Washington, DC 20001-4413 | |
| (202) 408-4000 | |

Dated: March 11, 2024