IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 22-1483 (MN) |
| GHOST ROBOTICS CORPORATION, | ) ) ) |
| Defendant. | ) |

**JOINT MOTION FOR VIDEOCONFERENCE TO RESOLVE DISCOVERY DISPUTES**

Plaintiff Boston Dynamics, Inc. and Defendant Ghost Robotics Corporation jointly move this Court to schedule a videoconference to address outstanding disputes regarding discovery matters, which are identified in the parties' joint letter requesting a discovery dispute conference filed concurrently herewith.

Pursuant to the Court's April 10, 2024 Oral Order, the parties understand that a discovery videoconference and associated briefing schedule will be set by the Court upon the filing of this Motion.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Brian P. Egan* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Brian P. Egan (#6227) | Andrew E. Russell (#5382) |
| 1201 North Market Street | Nathan R. Hoeschen (#6232) |
| P.O. Box 1347 | Emily S. DiBenedetto (#6779) |
| Wilmington, DE  19899 | I.M. Pei Building |
| (302) 658-9200 | 1105 North Market Street, 12th Floor |
| jblumenfeld@morrisnichols.com | Wilmington, DE  19801 |
| began@morrisnichols.com | (302) 298-0700 |
| | kkeller@shawkeller.com |
| *Attorneys for Plaintiff* | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | edibenedetto@shawkeller.com |
| April 10, 2024 | *Attorneys for Defendant* |