# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

BRIAN P. EGAN
(302) 351-9454
(302) 498-6216 FAX
began@mnat.com

April 10, 2024

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *Boston Dynamics, Inc. v. Ghost Robotics Corp.*
            C.A. No. 22-1483-MN (D. Del.)

Dear Judge Burke:

     The parties in the above-referenced matter write to request the scheduling of a discovery videoconference.

     The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a telephonic meet-and-confer on March 29, 2024:

<u>Delaware Counsel</u>:

Plaintiff:

- Brian Egan (Morris, Nichols, Arsht & Tunnell LLP)

Defendant:

- Emily DiBenedetto (Shaw Keller LLP)

<u>Lead Counsel</u>:

Plaintiff:

- Deepa Acharya (Quinn Emanuel Urquhart & Sullivan, LLP)
- Niki Edmonds (Quinn Emanuel Urquhart & Sullivan, LLP)

The Honorable Christopher J. Burke
April 10, 2024
Page 2

Defendant:

- Kelly Horn (Finnegan, Henderson, Farabow, Garrett & Dunner, LLP)
- Malcolm Meeks (Finnegan, Henderson, Farabow, Garrett & Dunner, LLP)
- Milan Feliciello (Finnegan, Henderson, Farabow, Garrett & Dunner, LLP)

The disputes requiring judicial attention are listed below:

<u>Plaintiff's issue:</u>

- Boston Dynamics' motion to compel production of documents and communications related to certain memoranda prepared by Ghost Robotics' counsel based on waiver of privilege and subject matter waiver.

<u>Defendant's issues:</u>

- Ghost Robotics's motion to compel Boston Dynamics to provide additional corporate testimony, perform an additional search, and produce documents all related to prior art events relating to certain versions of its robots.

- Ghost Robotics's motion to compel additional Boston Dynamics corporate testimony on third-party communications related to this litigation.

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

BPE:bac

cc: Clerk of Court (Via Hand Delivery)
    All Counsel of Record (Via Electronic Mail)