IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON DYNAMICS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 22-1483 (MN) |
| GHOST ROBOTICS CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING CERTAIN CASE DEADLINES**

The parties HEREBY STIPULATE,[1] subject to the Court's approval, to extend certain expert discovery deadlines by amending the operative case schedule (D.I. 102) as follows:

| Event | Current Deadline (D.I. 102) | Amended Deadline |
|---|---|---|
| Opening expert reports due | 4/30/2024 | 5/7/2024 |
| Deadline for parties to meet and confer regarding claim construction to narrow issues | 6/4/2024 | 6/11/2024 |
| Rebuttal expert reports due | 6/4/2024 | 6/11/2024 |
| Reply expert reports due | 6/25/2024 | 7/2/2024 |
| Expert discovery cutoff | 7/9/2024 | 7/16/2024[2] |
| Submit Revised Joint Claim Construction Chart | 7/16/2024 | Same |

---

[1] Pursuant to D. Del. LR 16.4, counsel confirms that copies of this Stipulation have been provided to their respective clients.

[2] The parties will confer on the scheduling of expert depositions and agree to accommodate expert depositions within a reasonable time after this deadline should any expert be unavailable for a deposition in advance of this deadline. Further, the parties agree not to seek an extension of the trial date based on this Stipulation and the amended case deadlines set forth herein.

| Event | Current Deadline (D.I. 102) | Amended Deadline |
|---|---|---|
| Plaintiff's claim construction opening brief due (20 pages) | 7/23/2024 | Same |
| Defendant's claim construction answering brief due (30 pages) | 8/6/2024 | Same |
| Plaintiff's claim construction reply brief due (20 pages) | 8/20/2024 | Same |
| Defendant's claim construction surreply brief due (10 pages) | 8/27/2024 | Same |
| Joint claim construction brief due; joint letter re: live testimony and amount of time for the claim construction due; technology tutorial due | 8/30/2024 | Same |
| Markman hearing | September 12, 2024 at 10:00am | Same |
| Dispositive motions due and opening brief therefore; Daubert motions due and opening briefs therefore | 10/3/2024 | Same |
| Joint statement on mediation due | 12/7/2024 | Same |
| Jury instructions, voir dire, and special verdict forms due | 2/6/2025 | Same |
| Joint proposed pretrial order due | 2/6/2025 | Same |
| Pretrial conference, 4:30 pm, courtroom 4A | 2/13/2025 | Same |
| 5-day jury trial, 9:30 am, courtroom 4A | 2/24/2025 | Same |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Brian P. Egan* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br><br>*Attorneys for Plaintiff* | Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant* |

April 22, 2024

SO ORDERED this \_\_\_\_ day of April 2024.

_____
United States District Court Judge

3