IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 22-1483 (MN) |
| GHOST ROBOTICS CORPORATION, | ) ) ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS TO STRIKE**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the briefing schedule in advance of the hearing on Plaintiff's and Defendant's anticipated Motions to Strike set for September 23, 2024, at 10:00 a.m. (*see* July 12, 2024 Oral Order) shall be as follows:

| Event | Deadline |
|---|---|
| Opening Letter Briefs (no more than three single spaced pages per side) | September 6, 2024 |
| Answering Letter Briefs (no more than three single spaced pages per side) | September 16, 2024 |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Cameron P. Clark* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Plaintiff Boston Dynamics, Inc.* | Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant*<br>*Ghost Robotics Corporation* |

July 24, 2024

        SO ORDERED this ____ day of _____, 2024.

_____
United States District Judge