IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1483 (MN) |
| | ) |
| GHOST ROBOTICS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**<u>STIPULATION AND ORDER</u>**

WHEREAS, during the October 2, 2024 *Markman* hearing, the parties conferred and informed the Court that they would work cooperatively to complete additional discovery and prepare supplemental expert reports to resolve the pending Motions to Strike (D.I. 228 and 229); and

WHEREAS, the parties have conferred and have reach an agreement regarding a schedule for the additional discovery and supplemental expert reports;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the schedule for additional discovery and supplemental expert reports is as follows:

| Event | Deadline |
|---|---|
| Complete fact discovery for motions to strike | October 16, 2024 |
| Serve supplemental expert reports on each party's burden issues to address both the new fact discovery regarding the motions to strike and the three claim constructions the Court permitted to parties to supplement | October 22, 2024 |
| Serve rebuttal expert reports on each party's non-burden issues to respond to the supplemental expert reports | October 29, 2024 |
| Serve reply expert reports responsive to rebuttal expert reports | November 4, 2024 |

| Event | Deadline |
|---|---|
| Parties to meet and confer on the need for any expert depositions limited to the supplemental, rebuttal, and reply expert reports | November 5, 2024 |

IT IS FURTHER STIPULATED by the parties, subject to the approval of the Court, that the deadline for summary judgment motions and *Daubert* motions (D.I. 243, So Ordered on September 24, 2024) and associated briefing is extended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to file summary judgment motions and *Daubert* motions and opening brief in support thereof | October 17, 2024 | November 12, 2024 |
| Deadline to file opposition briefs to summary judgment motions and *Daubert* motions | October 31, 2024 | November 26, 2024 |
| Deadline to file reply briefs in support of summary judgment motions and *Daubert* motions | November 7, 2024 | December 6, 2024 |

No other deadlines are altered by way of this Stipulation.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ *Brian P. Egan* | /s/ *Andrew E. Russell* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br><br>*Attorneys for Plaintiff* | Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant* |

October 9, 2024

**SO ORDERED this 10th day of October 2024**

*/s/ Maryellen Noreika*

**The Honorable Maryellen Noreika**
**United States District Judge**