IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON DYNAMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **Redacted - Public Version** |
| | ) | |
| v. | ) | C.A. No. 22-1483-MN |
| | ) | |
| GHOST ROBOTICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT GHOST ROBOTICS CORPORATION'S MOTIONS FOR SUMMARY JUDGMENT

OF COUNSEL:
Frank A. DeCosta, III
Elizabeth A. Niemeyer
Cara E. Regan
Malcolm T. Meeks
Kelly S. Horn
Mingji Jin
Milan F. Feliciello
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant*

Dated: November 12, 2024

1

Defendant Ghost Robotics Corporation ("Ghost") respectfully moves for summary judgment under Federal Rule of Civil Procedure 56 as follows:

- Ghost moves for summary judgment that Ghost's sales of ███████████ ███████████████████████████ ███████████████████████████ ██████ are subject to 28 U.S.C. § 1498 and immune from patent liability in this action;

- Ghost moves for summary judgment that the asserted claims of the '648, '791, '869, '842, and '588 patents are invalid as claiming patent-ineligible subject matter under 35 U.S.C. § 101; and

- Ghost moves for summary judgment that claim 10 of each of the '648 and 791 patents and claim 15 of the '842 patent are invalid as indefinite under 35 U.S.C. § 112.

The grounds for these motions are fully set forth in Ghost's Opening Brief in Support of its Motions for Summary Judgment.

WHEREFORE, Ghost respectfully requests that the Court grant these motions and enter the attached proposed order.

Respectfully submitted,

/s/ Andrew E. Russell
Karen E. Keller (No. 4489)
OF COUNSEL:  Andrew E. Russell (No. 5382)
Frank A. DeCosta, III  SHAW KELLER LLP
Elizabeth A. Niemeyer  I.M. Pei Building
Cara E. Regan  1105 North Market Street, 12th Floor
Malcolm T. Meeks  Wilmington, DE 19801
Kelly S. Horn  (302) 298-0700
Mingji Jin  kkeller@shawkeller.com
Milan F. Feliciello  arussell@shawkeller.com
FINNEGAN, HENDERSON, FARABOW,  *Attorneys for Defendant*
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: November 12, 2024

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2024, this document was served on qe-bostondyn-v-ghostrobot@quinnemanuel.com and on the persons listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Eva Niki Edmonds
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
nikiedmonds@quinnemanuel.com

Steven C. Cherny
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stevencherny@quinnemanuel.com

Deepa Acharya
Courtney Kasuboski
Jared W. Newton
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
13001 I Street, NW, Suite 900
Washington, DC 20005
(202) 538-8000
deepaacharya@quinnemanuel.com
courtneykasuboski@quinnemanuel.com
jarednewton@quinnemanuel.com

Jeff Nardinelli
Jonathan Tse
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
jeffnardinelli@quinnemanuel.com
jonathantse@quinnemanuel.com

                                                */s/ Andrew E. Russell*  
Karen E. Keller (No. 4489)  
Andrew E. Russell (No. 5382)  
SHAW KELLER LLP  
I.M. Pei Building  
1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 298-0700  
kkeller@shawkeller.com  
arussell@shawkeller.com  
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-1483-MN ) |
| GHOST ROBOTICS CORPORATION, | ) **HIGHLY CONFIDENTIAL -** ) **ATTORNEYS' EYES ONLY** |
| Defendant. | ) |

**[PROPOSED] ORDER REGARDING GHOST ROBOTICS CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

The Court, having reviewed the parties' briefs regarding Ghost Robotics Corporation's Motion for Summary Judgment, hereby ORDERS the following:

1) The following sales are excluded from damages under 28 U.S.C. § 1498:

   a. Ghost Robotics Corporation's sales of Accused Products ███████████ listed in Exhibit A are immune from patent infringement liability in this action pursuant to 28 U.S.C. § 1498;

   b. Ghost Robotics Corporation's sales of Accused Products ███████████ listed in Exhibit B are immune from patent infringement liability in this action pursuant to 28 U.S.C. § 1498;

2) The following claims are directed to abstract ideas, claim conventional steps, and are invalid pursuant to 35 U.S.C. § 101:

   a. Claims 1-5, 12-13, and 17-18 of U.S. Patent No. 9,387,588;

   b. Claims 1-2, 10-12, and 17 of U.S. Patent No. 9,308,648;

   c. Claims 1-2, 10-13, and 16-17 of U.S. Patent No. 9,662,791;

1

    d. Claims 1-6, 8-9, 11-16, and 18-19 of U.S. Patent No. 11,123,869;

    e. Claims 1, 3-4, 7-8, 10-11, and 14-15 of U.S. Patent No. 11,073,842;

3) The following claims are invalid because they are indefinite under 35 U.S.C. § 112:

    a. Claim 10 of U.S. Patent No. 9,308,648;

    b. Claim 10 of U.S. Patent No. 9,662,791; and

    c. Claim 15 of U.S. Patent No. 11,073,842.

Dated: _____  
                                                                     The Honorable Maryellen Noreika

# EXHIBIT A
# UNDER SEAL



1

# EXHIBIT B
# UNDER SEAL



1