IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON DYNAMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1483 (MN) |
| | ) | |
| GHOST ROBOTICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### **JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties Settlement Agreement, Plaintiff Boston Dynamics, Inc. and Defendant Ghost Robotics Corp. hereby stipulate to the dismissal of all claims in this action.  All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised or could have raised in this action are dismissed WITH PREJUDICE.  Each Party will bear its own costs and attorneys' fees.  This Court shall retain jurisdiction to enforce this Order of Dismissal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan

_____

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Plaintiff*

SHAW KELLER LLP

/s/ Andrew E. Russell

_____

Karen E. Keller (#4489)
Andrew E. Russell (#5382)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant*

December 31, 2024

SO ORDERED this _____ day of _____, 202___.

_____
United States District Court Judge

2